WWR# 041782724

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

| IN RE: | CASE NO. 25-01662 |
|---|---|
| ELMO JENKINS III | CHAPTER 7 |
| KIRA DRAVONNE PARKER-JENKINS | JUDGE RANDAL S MASHBURN |
| DEBTOR(S) | |

**REQUEST FOR NOTICE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as agent for creditor, NAVY FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for NAVY FEDERAL CREDIT UNION to undersigned agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ JILLIAN CARDI
JILLIAN CARDI
Agent for Creditor
5990 WEST CREEK RD SUITE 200
INDEPENDENCE, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 15th day of May, 2025 addressed to:

CRYSTAL D WILKERSON, Attorney for Debtor
CRYSTAL@CRYSTALWILKERSONLAW.COM

JEANNE ANN BURTON, Trustee
4117 HILLSBORO PIKE STE 103-116
NASHVILLE, TN 37215

OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

ELMO JENKINS III
1169 WOODBRIDGE DR
CLARKSVILLE, TN 37042-5936

KIRA DRAVONNE PARKER-JENKINS
1169 WOODBRIDGE DR
CLARKSVILLE, TN 37042-5936

                                        Respectfully submitted,
                                        Weltman, Weinberg & Reis Co. LPA

                                        /s/ JILLIAN CARDI
                                        JILLIAN CARDI
                                        Agent for Creditor
                                        5990 WEST CREEK RD SUITE 200
                                        INDEPENDENCE, OH 44131
                                        877-338-9484
                                        BNK-LegalSupport@weltman.com